

**UNITED STATES DEPARTMENT OF COMMERCE**
Office of the General Counsel
OFFICE OF THE CHIEF COUNSEL FOR TRADE ENFORCEMENT & COMPLIANCE
Washington, D.C. 20230

June 11, 2026

**FILED ELECTRONICALLY VIA CM/ECF**

Gina Justice
Clerk of the Court
U.S. Court of International Trade
One Federal Plaza
New York, NY  10278-0001

Re:     Redetermination Pursuant to Court Remand Order in
        *Tianjin Magnesium International Co., Ltd., et al. v. United States*, Court No. 25-00002

Dear Ms. Justice:

        Pursuant to the Court's order of March 13, 2026, please find attached the U.S. Department of Commerce's Redetermination Pursuant to Court Remand in the above-captioned action.  The remand redetermination is a public document.

        In accordance with Court Rule 56.2(h)(1), filing of the administrative record index for the remand proceeding will follow under separate cover.  Should you have any questions concerning the matter, please contact me at (202) 329-3409.

                                Respectfully submitted,


                                /s Paul Thornton III
                                PAUL THORNTON III
                                Attorney
                                Office of the Chief Counsel
                                   for Trade Enforcement & Compliance

Attachment

Ms. Gina Justice
June 11, 2026
Page 2


cc:


Sosun Bae
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
sosun.bae@usdoj.gov


David John Craven
Craven Trade Law LLC
3744 N. Ashland Avenue
Chicago, IL 60613
david.craven@tradelaw.com