## UNITED STATES COURT OF INTERNATIONAL TRADE

**TIANJIN MAGNESIUM INTERNATIONAL CO., LTD. AND TIANJIN MAGNESIUM METAL CO., LTD.,**

     Plaintiffs,

v.

**UNITED STATES,**

     Defendant.

**Before: Timothy M. Reif, Judge**

**Court No. 25-00002**

## <u>JUDGMENT</u>

This case concerns the challenge by plaintiffs Tianjin Magnesium International Co., Ltd. and Tianjin Magnesium Metal Co., Ltd. to the final results of the administrative review of the antidumping order on pure magnesium from the People's Republic of China for the period of review May 1, 2022, through April 30, 2023. *See* Compl., ECF No. 8; *Pure Magnesium from the People's Republic of China: Final Results of Antidumping Duty Administrative Review; 2022-2023* ("Final Results"), 89 Fed. Reg. 100,967 (Dep't of Commerce Dec. 13, 2024) and accompanying Issues and Decision Memorandum ("IDM") (Dep't of Commerce Dec. 6, 2024). Plaintiffs challenged aspects of the *Final Results* as not supported by substantial evidence and otherwise not in accordance with law.

On March 13, 2026, the Court sustained in part and remanded in part the *Final Results*. *See Tianjin Magnesium Int'l Co. v. United States*, 50 CIT __, __, 823 F. Supp.

3d 1350, 1365 (2026).  The Court remanded this matter to Commerce to "explain further or reconsider its selection of the Turkish surrogate value for electricity."  *Id.*

On June 11, 2026, Commerce filed its remand results with the Court.  *See* Final Results of Redetermination Pursuant to Court Remand ("Remand Results"), ECF No. 31-1.  On remand, Commerce reconsidered its selection of the Turkish surrogate value for electricity and "rel[ied] on the national average of industrial electricity rates for January through June 2022 from the Turkish Statistical Institute" instead.  *Id.* at 1. Commerce noted that "[o]n May 14, 2026, Commerce released the draft results of redetermination to all interested parties and invited parties to comment.  No parties submitted comments."  *Id.* at 7.

This case having been submitted for decision, and there being no remaining issues to adjudicate; now, after due deliberation it is hereby

**ORDERED** that the Remand Results are **SUSTAINED.**

**SO ORDERED.**

/s/     Timothy M. Reif
Judge

Dated: August 14, 2026
          New York, New York