BEFORE HON. TIMOTHY M. REIF, JUDGE
UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| Tianjin Magnesium International Co., Ltd. and Tianjin Magnesium Metal Co., Ltd., Plaintiffs, v. United States. | Court No. 25-00002 |

Notice of Appeal

Notice is hereby given that Tianjin Magnesium International Co., Ltd. and Tianjin Magnesium Metal Co., Ltd, plaintiffs in the above-named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the order entering Judgment in this action on August 14, 2026 (ECF No. 35) and from the underlying Slip Opinions issued on August 14, 2026 (ECF No. 34) and March 13, 2026 (ECF No. 28).

The notice of appeal fee has been paid through the Court's Electronic Filing system.

Respectfully submitted,

/s/ David J. Craven

David J. Craven
Counsel to Tianjin Magnesium International Co., Ltd. and Tianjin Magnesium Metal Co., Ltd

Craven Trade Law LLC
3744 N Ashland
Chicago, IL 60613
(773) 709-8506
David.craven@tradelaw.com

Date Sept. 16, 2026